DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
ANNE CAPPELLA (Bar No. 181402)
anne.cappella@weil.com
AUDREY E. STANO (Bar No. 315370)
audrey.stano@weil.com
NEECKAUN IRANI (Bar No. 324617)
neeckaun.irani@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MAHAN TALESHPOUR, on behalf of himself and all members of the putative class, | Case No. 5:20-cv-03122-EJD |
|---|---|
| Plaintiff, | **APPLE INC.'S DISCLOSURE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. PROC. 7.1(A) AND CIVIL LOCAL RULE 3-15** |
| v. | |
| APPLE INC., | Dept.: Courtroom 4 – 5th Floor |
| Defendant. | Judge: Honorable Edward J. Davila |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Apple Inc. hereby states that it has no parent corporations, and there is no publicly held company that owns 10% or more of Apple Inc.'s stock.

Pursuant to Civil L.R. 3-15, Apple Inc. certifies that, as of this date, other than the named parties, there is no interest to report.

Dated: June 2, 2020                    Respectfully submitted,

                                      WEIL, GOTSHAL & MANGES LLP

                                      By:  */s/ David R. Singh*
                                               DAVID R. SINGH

                                      Attorney for Defendant APPLE INC.