1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6                                SAN JOSE DIVISION
7
8    MAHAN TALESHPOUR,                          Case No.  5:20-cv-03122-EJD
                    Plaintiff,
9                                               **ORDER GRANTING IN PART
          v.                                    ADMINISTRATIVE MOTIONS TO
10                                              SEAL**
     APPLE INC.,
11                                              Re: Dkt. Nos. 31, 38, 44
                    Defendant.
12

13          Defendant Apple Inc. filed two Administrative Motions to File Under Seal pursuant to

14   Civil Local Rules 7-11 and 79-5 in conjunction with its Motion to Dismiss the Second Amended

15   Complaint and its Reply in Support of that motion.  Dkt. Nos. 31, 44.  Plaintiffs also filed an

16   Administrative Motion to File Under Seal in conjunction with its Opposition to Apple's Motion to

17   Dismiss and Apple filed a Declaration in Support of that Administrative Motion.  Dkt. Nos. 38,

18   42.  The Court having read and considered the papers filed in connection with each of these three

19   Administrative Motions to File Under Seal,

20          IT IS HEREBY ORDERED that the Court GRANTS IN PART the Motions to File Under

21   Seal, as follows:

| Document | Order |
|---|---|
| Exhibits A through F to the Declaration of Matthew Foster in Support of Apple Inc.'s Motion to Dismiss the Second Amended Complaint | Granted. |
| Plaintiffs' Opposition to Apple Inc.'s Motion to Dismiss the Second Amended Complaint | Granted only as to page 6 lines 25-28; page 7 lines 1-2. |

28   Case No.: 5:20-cv-03122-EJD
     ORDER GRANTING IN PART ADMINISTRATIVE MOTIONS TO SEAL
                                            1

| | |
|---|---|
| Exhibit A to the Declaration of Alexander R. Wheeler in Support of Plaintiffs' Opposition to Apple Inc.'s Motion to Dismiss the Second Amended Complaint | Granted only as to page 86 lines 1-3; page 115 lines 11-25; page 139; page 149 lines 3-9 and 21-25; page 184 lines 9-25; page 185; page 186. |
| Exhibit B to the Declaration of Alexander R. Wheeler in Support of Plaintiffs' Opposition to Apple Inc.'s Motion to Dismiss the Second Amended Complaint | Granted. |
| Exhibit A to the Declaration of David R. Singh | Granted only as to page 85; page 86 lines 1-3; page 88; page 91 lines 1-8; pages 93-102;    page 112 lines 8-25; page 115 lines 11-25; page 148 lines 12-23; page 156 lines 11-25; page 157 lines 1-2, 17-25; page 160 lines 1-10. |
| Exhibits B, C, D and E to the Declaration of David R. Singh | Granted. |
| Apple's Reply in Support of Motion to Dismiss Second Amended Complaint | Granted only as to page 1 lines 12-14; page 4 lines 23-26; page 5 lines 1-4, 7-21; page 6 lines 11-13, 18-21, 28; page 7 lines 22-27. |

The parties shall file redacted versions of relevant documents in accordance with this Order by no later than April 16, 2021.

**IT IS SO ORDERED.**

Dated: March 30, 2021

EDWARD J. DAVILA
United States District Judge