| | |
|---|---|
| 1 | DAVID R. SINGH (Bar No. 300840) |
| 2 | david.singh@weil.com |
|   | ANNE CAPPELLA (Bar No. 181402) |
| 3 | anne.cappella@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 4 | 201 Redwood Shores Parkway, 6th Floor |
|   | Redwood Shores, CA 94065-1134 |
| 5 | Telephone: (650) 802-3000 |
| 6 | Facsimile: (650) 802-3100 |
| 7 | Attorneys for Defendant APPLE INC. |
| 8 | R. REX PARRIS (Bar No. 96567) |
|   | rrex@parris.com |
| 9 | ALEXANDER R. WHEELER (Bar No. 239541) |
|   | alex@parris.com |
| 10 | JOHN M. BICKFORD (Bar No. 280929) |
| 11 | jbickford@parris.com |
|    | MICHELLE J. LOPEZ (Bar No. 331632) |
| 12 | mlopez@parris.com |
|    | KITTY K. SZETO (Bar No. 258136) |
| 13 | kitty@parris.comPARRIS LAW FIRM |
| 14 | 43364 10th Street West |
|    | Lancaster, California 93534 |
| 15 | Telephone: (661) 949-2595 |
|    | Facsimile: (661) 949-7524 |
| 16 | |
| 17 | Attorneys for Plaintiffs |

APPROVED
Judge Edward J. Davila
5/12/2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAHAN TALESHPOUR, RORY FIELDING, PETER ODOGWU, WADE BUSCHER, GREGORY KNUTSON, DARIEN HAYES, LIAM STEWART, NATHAN COMBS, and KENDALL BARDIN on behalf of themselves and all members of the putative class,<br><br>      Plaintiffs,<br>v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No. 5:20-cv-03122-EJD<br><br>**JOINT STIPULATION FOR BRIEFING SCHEDULE**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

1    The undersigned counsel for Mahan Taleshpour, Rory Fielding, Peter Odogwu, Wade Buscher,
2 Gregory Knutson, Darien Hayes, Liam Stewart, Nathan Combs, and Kendall Bardin ("Plaintiffs") and
3 Apple Inc. ("Defendant") in the above-captioned action hereby stipulate and agree, pursuant to Civil
4 Local Rule 6-1(a), as follows:

5    WHEREAS, Plaintiffs filed and served the Third Amended Class Action Complaint ("TAC") in
6 this case on April 16, 2021 (ECF No. 66);

7    WHEREAS, Defendant anticipates filing a Motion to Dismiss the Third Amended Complaint
8 ("Motion") in this case on April 30, 2021.  The hearing for this Motion is set for July 22, 2021 at 9:00
9 a.m.;

10   WHEREAS, absent an extension, Plaintiffs' deadline for filing an opposition to the Motion
11 ("Opposition") will be May 14, 2021;

12   WHEREAS, absent an extension, Defendant's deadline for filing a reply brief in further support
13 of the Motion ("Reply") will be May 21, 2021;

14   WHEREAS, Plaintiffs would like a one-week extension for their Opposition and Defendant
15 would like a one-week extension for its Reply, and extending Plaintiffs' deadline to respond to
16 Defendant's Motion to May 21, 2021 and Defendant's deadline to file its Reply to June 4, 2021 will not
17 alter the date of any event or any deadline already fixed by Court order;

18   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through the
19 undersigned counsel, that Plaintiffs' deadline to file their Opposition is May 21, 2021, and Defendant's
20 deadline to file its Reply is June 4, 2021.

21

22 Dated: April 30, 2021                             Respectfully submitted,

23                                                  PARRIS LAW FIRM

24                                                  By:  /s/ Alexander R. Wheeler
25                                                       ALEXANDER R. WHEELER

26                                                  R. REX PARRIS (Bar No. 96567)
                                                    rrex@parris.com
27                                                  ALEXANDER R. WHEELER (Bar No. 239541)
                                                    alex@parris.com
28                                                  JOHN M. BICKFORD (Bar No. 280929)
                                                    jbickford@parris.com

|   |   |
|---|---|
|   | MICHELLE J. LOPEZ (Bar No. 331632) |
|   | mlopez@parris.com |
|   | KITTY K. SZETO (Bar No. 258136) |
|   | kitty@parris.com |
|   | PARRIS LAW FIRM |
|   | 43364 10th Street West |
|   | Lancaster, California 93534 |
|   | Telephone: (661) 949-2595 |
|   | Facsimile: (661) 949-7524 |
|   |   |
|   | Attorneys for Plaintiffs |

| Dated: April 30, 2021 | Respectfully submitted, |
|---|---|
|   | WEIL, GOTSHAL & MANGES LLP |
|   |   |
|   | By: _/s/ David R. Singh_ |
|   |       DAVID R. SINGH |
|   |   |
|   | DAVID R. SINGH (Bar No. 300840) |
|   | david.singh@weil.com |
|   | ANNE CAPPELLA (Bar No. 181402) |
|   | anne.cappella@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway, 6th Floor |
|   | Redwood Shores, CA 94065-1134 |
|   | Telephone: (650) 802-3000 |
|   | Facsimile: (650) 802-3100 |
|   |   |
|   | Attorneys for Defendant APPLE INC. |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David R. Singh, am the ECF user whose identification and password are being used to file this Joint Stipulation for Briefing Schedule.  In compliance with Civil Local Rule 5-1, I hereby attest that Alexander R. Wheeler concurred in this filing.

| DATED:  April 30, 2021 | _/s/ David R. Singh_ |
|---|---|
|   | DAVID R. SINGH |