UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAHAN TALESHPOUR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No.   5:20-cv-03122-EJD<br><br>**JUDGMENT** |

On July 19, 2021, the Court granting Defendant Apple Inc.'s motion to dismiss the Third Amended Complaint with limited leave to amend.  Dkt. No. 75.  On August 2, 2021, Plaintiffs filed a notice of intent not to replead, stating that they would not seek to further amend their claims.  Dkt. No. 76.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiffs.

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: August 3, 2021

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-03122-EJD
JUDGMENT

1